# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BETTY PERFECT, surviving spouse of HAROLD PERFECT, deceased, | ) ) ) | |
| Petitioner, | ) ) | Case No. CV 04-615-S-LMB |
| v. | ) ) | |
| | ) | **JUDGMENT** |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) ) | |
| Respondent. _____ | ) ) | |

In accordance with the Memorandum Decision and Order entered March 30, 2006 (Docket No. 16), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **March 30, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

JUDGMENT - 1